JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-03741-RGK (PLAx) | Date | October 16, 2017 |
|---|---|---|---|
| Title | JITRADE, INC. v. ZULILLY, LLC, et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Cindy Nirenberg | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Morgan Pietz |

**Proceedings:**   **ORDER TO SHOW CAUSE/SCHEDULING CONFERENCE**

Case called. The counsel for the plaintiff is not present. Matter to be held for second call. Case recalled. Counsel for the plaintiff is not present. Plaintiff's counsel also failed to appear at the October 2, 2017 scheduling conference. The matter is ordered dismissed for lack of prosecution.

**IT IS SO ORDERED.**

|  | : | 04 |
|---|---|---|
| Initials of Preparer | slw | |